**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DARON MICHAEL OLIVER, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> DUANE SHELTON; et al., <br><br> Defendants - Appellees. | No. 24-6298 <br><br> D.C. No. 2:18-cv-01809-DJC-DMC <br> Eastern District of California, Sacramento <br><br> ORDER |

Before: TASHIMA, OWENS, and DESAI, Circuit Judges.

The motion (Docket Entry No. 16) for summary disposition is granted. *See* 9th Cir. R. 3-6(a) (standard for summary disposition); *United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982).

The district court's judgment is affirmed.

**AFFIRMED.**