UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DARON MICHAEL OLIVER,

Plaintiff - Appellant,

v.

DUANE SHELTON; et al.,

Defendants - Appellees.

No. 24-6298

D.C. No.
2:18-cv-01809-DJC-DMC

Eastern District of California,
Sacramento

MANDATE

The judgment of this Court, entered April 25, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT